NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BILLIE MASON KAY,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3187

---

Petition for review of the Merit Systems Protection Board in case no. AT0831100521-I-1.

---

## ON MOTION

---

## ORDER

Billie Mason Kay moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 1 8 2010

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Billie Mason Kay
     Nelson R. Richards, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 8 2010

JAN HORBALY
CLERK